In the Matter of CHRISTOPHER HANNON, Petitioner, against DONALD C. WAGNER, as City Manager of the City of Long Beach, et al., Respondents.

Submitted April 19, 1948; decided April 22, 1948.

*Bernard Fremont* and *Morris Alfred Vogel* for motion. *Morton D. Gottlieb, Corporation Counsel,* opposed.

Motion dismissed, with $10 costs and necessary printing disbursements, upon the ground that the papers were not filed within the time fixed by subdivision 3 of section 592 of the Civil Practice Act.